# SEALED

ORIGINAL

# SEALED

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., | Case No. 2:14-cv-00534-GMN-GWF |
| Plaintiff, | **STIPULATED CONSENT PRELIMINARY INJUNCTION AND ORDER CONFIRMING SEIZURE** |
| v. | |
| ANTHONY L. WYNN a/k/a ANTHONY WYNN, an individual, d/b/a AJC JEWELLERY d/b/a AJC JEWELERY d/b/a AJC JEWELRY d/b/a AJC and DOES 1-10, | **(FILED UNDER SEAL)** |
| Defendants. | |

✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

WHEREAS, this action having been commenced by Plaintiff, Chanel, Inc. ("Chanel") against the Defendant, Anthony L. Wynn a/k/a Anthony Wynn, an individual, d/b/a AJC Jewellery d/b/a AJC Jewelery d/b/a AJC Jewelry d/b/a AJC (the "Defendant"), alleging *inter alia*, trademark counterfeiting and trademark infringement, and false designation of origin and a copy of the Summons, Verified Complaint, Temporary Restraining Order and Seizure Order, supporting papers, and Orders issued to date having been served upon the Defendant:

IT IS STIPULATED, ORDER, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of all counts of this action and over all of the named parties hereto.

2. Chanel is the owner of the following trademark (the "Chanel Marks") in connection with high quality costume jewelry, including, necklaces, bracelets, and earrings, handbags, wallets and shoes:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| | | | |

1 of 4

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,626,035 | May 1, 1956 | (Int'l Class: 18) Women's handbags |
| ⓒⓒ | 1,241,264 | June 7, 1983 | (Int'l Class: 25) Suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, tee-shirts, coats, raincoats, scarves, shoes and boots |
| CHANEL | 1,241,265 | June 7, 1983 | (Int'l Class: 25) Suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, coats, raincoats, scarves, shoes and boots |
| ⓒⓒ | 1,501,898 | August 30, 1988 | (Int'l Class: 6) Keychains<br><br>(Int'l Class: 14) Costume jewelry<br><br>(Int'l Class: 16) Gift wrapping paper<br><br>(Int'l Class: 25) Blouses, shoes, belts, scarves, jackets, men's ties<br><br>(Int'l Class: 26) Brooches, buttons for clothing |
| CHANEL | 1,733,051 | November 17, 1992 | (Int'l Class: 18) Leather goods; namely, handbags, wallets, travel bags, luggage, business and credit card cases, change purses, tote bags, cosmetic bags sold empty, and garment bags for travel |
| ⓒⓒ | 1,734,822 | November 24, 1992 | (Int'l Class: 18) Leather goods; namely, handbags, wallets, travel bags, luggage, business card cases, change purses, tote bags, and cosmetic bags sold empty |
| ⓒⓒ | 3,025,934 | December 13, 2005 | (Int'l Class: 18) – Handbags |

3.      Defendant and his respective officers, agents, servants, employees, and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, pending termination of this action, from, intentionally and/or knowingly:

A.      manufacturing or causing to be manufactured, importing, advertising, or

promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing the Chanel Marks;

B.   using the Chanel Marks in connection with the sale of any unauthorized goods;

C.   using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiff;

D.   using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale or advertising of any goods sold by the Defendant, including, without limitation, costume jewelry, including, necklaces, bracelets, and earrings, handbags, wallets and shoes;

E.   affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent the Defendant's goods as being those of the Plaintiff, or in any way endorsed by the Plaintiff;

F.   offering such goods in commerce; and from otherwise unfairly competing with the Plaintiff;

G.   secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and

H.   effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise

avoiding the prohibitions set forth in subparagraphs (A) through (G).

4.      The seizure effected on April 18, 2014 pursuant to this Court's Order is hereby confirmed and the hearings scheduled for April 29, 2014 at 9:00 a.m. are hereby canceled.

5.      The seal in this matter is hereby removed, and the Clerk is instructed to return this file to the public portion of the Court records. The bond posted by the Plaintiff in compliance with the Court's Order dated April 14, 2014 is hereby released.

SO STIPULATED:

**Plaintiff:  Chanel, Inc.**

DATED:  April 21 , 2014

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

By: _____
        J. Scott Burris

**Defendant:  Anthony L. Wynn**

DATED:  April 21 , 2014

By: _____
        Anthony L. Wynn

## ORDER

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the hearing re (ECF No. 5) Motion for Preliminary Injunction set for 4/29/2014 09:00 AM in LV Courtroom 7D before Chief Judge Gloria M. Navarro is hereby **VACATED**.

**DATED** this 22nd day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

4 of 4

631562v.1