## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Chanel, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:14-cv-0534-GMN-GWF |
| vs. ) | |
| ) | **ORDER** |
| Anthony L. Wynn; *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge George Foley, (ECF No. 29), which states that Plaintiff Chanel, Inc.'s Motion for Default Judgment, (ECF No. 23), should be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

No objections to Judge Foley's R&R were filed, and the deadline to object has now expired.  Accordingly, the Court finds good cause to accept and adopt the findings of Judge Foley.

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 29), is **ADOPTED in its entirety.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No. 23), is **GRANTED**.

1    **IT IS FURTHER ORDERED** that Defendants and their officers, directors, employees, and agents shall be permanently enjoined, pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65(d), from engaging in infringing activities relating to Plaintiff's marks.

**IT IS FURTHER ORDERED** that the surety bond posted by Plaintiff to secure the preliminary injunction be released upon entry of the permanent injunction.

**IT IS FURTHER ORDERED** that Plaintiff shall be awarded $400.00 in costs.

**IT IS FURTHER ORDERED** that Plaintiff shall be awarded $894,150.00 in damages. The Clerk shall enter judgment accordingly and close the case.

**DATED** this 30th day of March, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court