AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Chanel, Inc.

Plaintiff,

V.

Anthony L. Wynn

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-00534-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Chanel, Inc. and against Defendant Anthony L. Wynn. Defendants and their officers, directors, employees, and agents shall be permanently enjoined, pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65(d), from engaging in infringing activities relating to Plaintiff's marks. Plaintiff is awarded $400.00 in costs and $894,150.00 in damages.

March 30, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk